# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2025

### NO. 03-23-00369-CR

**Fabian Mejia, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES TRIANA, KELLY AND CRUMP**
**REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.